UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

HULEN T. HARRELL,

           Plaintiff,

    v.

U.S. DEPARTMENT OF
EDUCATION, et al.,

           Defendants.
_____/

NO. MISC. S-05-478 LKK

O R D E R

    The court is in receipt of plaintiff's application to proceed in forma pauperis in the above-captioned case. The court, however, cannot consider this application until the court receives the prison staff certified trust account statement. The application therefore is DENIED as defective.

    IT IS SO ORDERED.

    DATED: December 13, 2005

                              /s/Lawrence K. Karlton
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT