UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

HULEN T. HARRELL,

           Plaintiff,

    v.

U.S. DEPARTMENT OF EDUCATION, et al.,

           Defendants.

                                  /

NO. MISC. S-05-478 LKK

O R D E R

        On December 13, 2005, the court denied plaintiff's application to proceed in forma pauperis in the above-captioned case. The court's order explained that the application could not be considered until the court received the prison staff certified trust account statement.

        It has come to the court's attention, however, that due to clerical error on the part of the Clerk's Office, plaintiff indeed filed a declaration in support of his request to proceed in forma pauperis, along with his trust account statement, on October 17,

1

1  2005.  Plaintiff's application was erroneously filed in another
2  case.  The court has considered plaintiff's application and his
3  request to proceed in forma pauperis in the above-captioned case
4  is GRANTED.
5      IT IS SO ORDERED.
6      DATED: March 31, 2006

7                                   /s/Lawrence K. Karlton
                                    LAWRENCE K. KARLTON
8                                   SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT

2